702

78 So.2d 667

**Alvin JACKSON
v. STATE.**

**5 Div. 612.**

Supreme Court of Alabama.

March 10, 1955.

W. Clarence Atkeison, Prattville, for petitioner.

John Patterson, Atty. Gen., opposed.

STAKELY, Justice.

Petition of Alvin Jackson for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Jackson v. State, 78 So.2d 665.

Writ denied.

LIVINGSTON, C. J., and LAWSON and MERRILL, JJ., concur.

79 So.2d 808

**Alex LEONARD
v.
STATE.**

**6 Div. 882.**

Supreme Court of Alabama.

April 28, 1955.

D. H. Markstein, Jr., John W. Cooper, Birmingham, for petitioner.

John Patterson, Atty. Gen., and Wm. H. Sanders, Asst. Atty. Gen., opposed.

LIVINGSTON, Chief Justice.

Petition of Alex Leonard for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Leonard v. State, 79 So.2d 803.

Writ denied.

SIMPSON, GOODWYN and MAYFIELD, JJ., concur.

77 So.2d 512

**A. L. PIERCE et al.
v.
STATE.**

**1 Div. 625.**

Supreme Court of Alabama.

Jan. 20, 1955.

Granade & Granade, Chatom, for petitioners.

Bernard F. Sykes and Robt. P. Bradley, Asst. Attys. Gen., opposed.

MAYFIELD, Justice.

Petition of A. L. Pierce, Harvel Pettus, Arthur Thompson and L. E. Thompson for certiorari to the Court of Appeals to review and revise the judgment and decision of that Court in Pierce v. State, Ala. App., 77 So.2d 507.

Writ denied.

LIVINGSTON, C. J., and SIMPSON and GOODWYN, JJ., concur.